Kirk D. Miller, WSBA #40025
KIRK D. MILLER, P.S.
421 W. Riverside Ave., Suite 660
Spokane, WA 99201
(509) 413-1494 Telephone
kmiller@millerlawspokane.com

Shayne J. Sutherland, WSBA #44593
CAMERON SUTHERLAND, PLLC
421 W. Riverside Ave., Ste. 660
Spokane, WA 99201
(509) 315-4507 Telephone
ssutherland@cameronsutherland.com

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| JENNIFER SCHULTZ, an individual, on behalf of herself and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> AVENUE5 RESIDENTIAL, LLC, a foreign limited liability company and ENJOY! THE RIVER, LLC, a Washington limited liability company, <br><br> Defendants. | Case No.: 2:23-cv-00088 <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT ENJOY! THE RIVER, LLC, ONLY PURSUANT TO FRCP 41(a)(1)(A)** |

NOTICE OF VOLUNTARY
DISMISSAL OF DEFENDANT
ENJOY! THE RIVER, LLC, ONLY
PURSUANT TO FRCP 41(A)(1)(A) -
1

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT ENJOY! THE RIVER, LLC, PURSUANT TO FRCP 41(a)(1)(A)

Pursuant to FRCP 41(a)(1)(A) of the Federal Rules of Civil Procedure, the parties, by and through their counsel of record, hereby give notice that the claims against Defendant Enjoy! The River, LLC, are hereby voluntarily dismissed, with prejudice and without costs or attorney fees to either party. No Answer or Motion for Summary Judgment has been filed or served by Defendant Enjoy! The River, LLC.

RESPECTFULLY SUBMITTED this 12th day of May, 2023.

| CAMERON SUTHERLAND, PLLC | KIRK D. MILLER, P.S. |
|---|---|
| s/ *Shayne J. Sutherland*<br>Shayne J. Sutherland, WSBA #44593<br>Attorney for Plaintiff | s/ *Kirk D. Miller*<br>Kirk D. Miller, WSBA #40025<br>Attorney for Plaintiff |

THE LAW OFFICES OF ATHAN P. PAPILIOU

s/ *Athan P. Papailiou*
Athan P. Papailiou, WSBA #47591
Attorney for Defendant Enjoy! The River

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT ENJOY! THE RIVER, LLC, ONLY PURSUANT TO FRCP 41(A)(1)(A) - 2

## CM/ECF CERTIFICATE OF SERVICE

I hereby certify that on the ⟨⟩ day of May, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Kirk D. Miller<br>Attorney for Plaintiff | kmiller@millerlawspokane.com |
| Shayne J. Sutherland<br>Attorney for Plaintiff | ssutherland@cameronsutherland.com |
| Robert D. Lee<br>Attorney for Defendant Avcenue5 | rlee@cozen.com |
| Patrick Lynch<br>Attorney for Defendant Avenue5 | plynch@cozen.com |
| Athan P. Papailiou<br>Attorney for Defendant Enjoy! The River | ap@athan-law.com |

_____
Teri A. Brown, Paralegal

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT ENJOY! THE RIVER, LLC, ONLY PURSUANT TO FRCP 41(A)(1)(A) - 3