ROBERT D. LEE
PATRICK G. LYNCH
COZEN O'CONNOR
999 Third Avenue, Suite 1900
Seattle, WA 98101
(206) 340-1000
RLee@Cozen.com
PLynch@Cozen.com

Attorneys for Avenue5 Residential LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

AT SPOKANE

| | |
|---|---|
| JENNIFER SCHULTZ, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AVENUE5 RESIDENTIAL, LLC, a foreign limited liability company,<br><br>Defendant. | Case No.: 2:23-CV-00088<br><br>**DEFENDANT AVENUE5 RESIDENTIAL LLC'S RULE 26 INITIAL DISCLOSURES** |

Pursuant to Fed. R. Civ. P. 26(a), Defendant Avenue5 Residential LLC ("Defendant") submits their initial disclosures to Plaintiff Jennifer Schultz ("Plaintiff"). Defendant reserves the right to supplement these initial disclosures with additional responses and/or an additional document production.

/ / /

/ / /

DEFENDANT'S RULE 26 INITIAL DISCLOSURES - 1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

LEGAL\63805184\4

## I. **FRCP 26(a)(i) Disclosure**

Defendant believes that the following individuals are likely to have discoverable information that Defendant may use to support their defenses in this case:

(1) Jennifer Schultz (to be contacted through counsel). Plaintiff Schultz is expected to testify regarding the factual background of the claims asserted, including the nature and extent of Plaintiff's alleged damages.

(2) Enjoy! The River, LLC and their agents and employees. These agents/employees, not known at this time, are expected to testify regarding the Property, as well as the facts and circumstances surrounding the alleged claims and damages.

(3) Tenants of Enjoy! The River, LLC's apartment complex in Spokane, WA. These tenants, not fully known at this time, are expected to testify regarding the Property, as well as the facts and circumstances surrounding the alleged claims and damages.

(4) Employees and agents of Avenue5 Residential, LLC (to be contacted through counsel). These employees/agents, not fully known at this time, are expected to testify regarding the Property, as well as the facts and circumstances surrounding the alleged claims and damages.

(5) Any witness identified by any other party in this civil action.

(6) Any custodian of records and all other foundational witnesses for the purpose of producing, identifying, or testifying to the authenticity of any exhibit offered for admission into evidence.

(7) Any witness necessary for rebuttal, impeachment or refutation.

(8) Any witness deposed or identified in discovery by any party.

DEFENDANT'S RULE 26 INITIAL DISCLOSURES - 2

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

LEGAL\63805184\4

(9) Expert witnesses will be disclosed as per the case schedule and FRCP 26(a)(2).

## II.    FRCP 26(a)(ii) Disclosure

Defendant reserves the right to withhold from disclosure any and all documents or things protected by the attorney-client privilege, the attorney work-product doctrine, the self-critical analysis/self-evaluation privilege, the party communications privilege, the investigative privilege and any and all other relevant privileges not specifically named herein.  Subject to the foregoing, Defendant identifies the following documents in their possession, custody or control that it may use to support their claims or defenses:

(1) Property Management Agreement with Enjoy! the River, LLC;

(2) Residential Tenancy Application from Jennifer Schultz;

(3) Jennifer Schultz Move Out Statement;

(4) Resident Ledger for Jennifer Schultz;

(5) Apartment Lease Contract with Jennifer Schultz;

(6) Communications between Plaintiff and Defendant;

(7) Communications between Plaintiff and Enjoy! The River, LLC;

(8) Additional leasing records retained by Enjoy! The River, LLC;

(9) Additional leasing records retained by Avenue5 Residential, LLC;

To the extent additional documents are later identified, Defendant reserves the right to supplement this disclosure as appropriate, pursuant to the supplementation procedures under the Federal Rules of Civil Procedure, consistent with any applicable protective orders or other court orders.  Nothing in these Initial Disclosures should be interpreted to limit the Defendant's ability to provide such information at such time as specified by the Federal Rules of Civil Procedure, Local Rules, or by Court order.

DEFENDANT'S RULE 26 INITIAL DISCLOSURES - 3

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

LEGAL\63805184\4

### III. <u>FRCP 26(a)(iii) Disclosure</u>

At this time, Defendant is not seeking any damages. Defendant reserves the right seek attorney's fees and costs, as allowed by the contract between the parties, if such fees are recoverable under applicable law.

### IV. <u>FRCP 26(a)(iv) Disclosure</u>

Defendant has an insurance policy which would provide coverage in this case and will produce a copy of the policy under separate cover. Defendant reserves the right to supplement these initial disclosures as discovery proceeds.

DATED this 2nd day of June, 2023.

COZEN O'CONNOR

By:   /s/ *Patrick G. Lynch*
Robert D. Lee, WSBA No. 46682
Patrick G. Lynch, WSBA No. 53147
999 Third Avenue, Suite 1900
Seattle, WA 98104
Main: (206) 340-1000
rlee@cozen.com
plynch@cozen.com

*Attorneys for Defendant Avenue5 Residential, LLC*

DEFENDANT'S RULE 26 INITIAL DISCLOSURES - 4

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

LEGAL\63805184\4

# CERTIFICATE OF SERVICE

The undersigned hereby certifies, under penalty of perjury under the laws of the State of Washington, that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Kirk D. Miller, WSBA #40025<br>Kirk D. Miller, P.S.<br>421 W. Riverside Avenue, Suite 660<br>Spokane, WA 99201<br>Tel: (509) 413-1494<br>kmiller@millerlawspokane.com | ☐ Via Messenger<br>☐ Via Fax<br>☐ Via U.S. Mail<br>☒ Via ECF Notification<br>☒ Via E-mail<br>☐ Via Overnight Delivery |

*Attorney for Plaintiff Jennifer Schultz*

| | |
|---|---|
| Shayne Sutherland, WSBA #44593<br>Cameron Sutherland, PLLC<br>421 W. Riverside Avenue, Suite 660<br>Spokane, WA 99201-0410<br>Tel: (509) 315-4507<br>Fax: (509) 315-4585<br>ssutherland@cameronsutherland.com | ☐ Via Messenger<br>☐ Via Fax<br>☐ Via U.S. Mail<br>☒ Via ECF Notification<br>☒ Via E-mail<br>☐ Via Overnight Delivery |

*Attorney for Plaintiff Jennifer Schultz*

DATED this 2nd day of June, 2023.

COZEN O'CONNOR

By: /s/ *Patrick G. Lynch*
Robert D. Lee, WSBA #46682
Patrick G. Lynch, WSBA #53147

DEFENDANT'S RULE 26 INITIAL DISCLOSURES - 5

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

LEGAL\63805184\4