FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 06, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JENNIFER SCHULTZ, individually and for others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>AVENUE5 RESIDENTIAL, LLC, a foreign limited liability company,<br><br>    Defendant. | No. 2:23-CV-00088-SAB<br><br>**PUTATIVE CLASS ACTION SCHEDULING ORDER** |

A scheduling conference was held by video in the above-captioned case on June 6, 2023. Shayne Sutherland appeared on behalf of Plaintiff Jennifer Schultz. Robert D. Lee and Patrick Gavin Lynch appeared on behalf of Defendant Avenue5 Residential, LLC. Having heard from counsel and being fully informed, the Court issues the following scheduling deadlines.

Accordingly, **IT IS HEREBY ORDERED**:

**1.    Civility and Professional Conduct**. Counsel should review and employ Local Rule 83.1 (Civility) and Washington Rule of Professional Conduct 3.4 (Fairness to Opposing Party and Counsel).

**2.    Scheduling Order is Binding**. Rule 16(f) of the Federal Rules of Civil Procedure provides for sanctions for failure to obey the Scheduling Order.

**PUTATIVE CLASS ACTION SCHEDULING ORDER** *1

The Court will usually accept stipulations to modify the dates specified in this Order.

3. **Settlement Conference/Mediation.** The parties are encouraged to engage in settlement negotiations as early as possible and should contact the Court if they believe a settlement conference would be helpful.

4. **Initial Disclosures.** The parties shall disclose their Fed. R. Civ. P. 26(a)(1) material no later than **June 6, 2023**. These initial disclosures shall not be filed with the Court.

5. **Discovery.**
(a) The Court will not set a discovery deadline at this time.
(b) The parties shall file no discovery with the Court except as necessary to support motions or objections.
(c) To avoid wasted time and expense, Counsel may contact chambers to schedule a telephonic conference to obtain an expedited ruling on discovery disputes. Prior to the conference, each party may send a short email to chambers explaining the discovery dispute.

6. **Motion for Class Certification.** If appropriate, Plaintiff shall file a motion for class certification on or before **January 31, 2024**. Defendant shall file any response on or before **March 1, 2024**. Plaintiff shall file any reply on or before **March 15, 2024**.

7. **Trial Scheduling Order.** Following the resolution of any motion for class certification, the Court will issue a Scheduling Conference Notice, the parties shall file a status report, and the Court will issue an appropriate Trial Scheduling Order, which will include additional pretrial deadlines.

8. **Length of Memoranda.** The parties shall follow the page limit requirements of Local Rule 7(f) for all motions and pleadings. Motions for leave to exceed page limits are strongly disfavored and will be granted only in extraordinary circumstances.

**PUTATIVE CLASS ACTION SCHEDULING ORDER *2**

**9.    Good Cause.** Pursuant to Rule 16 of the Federal Rules of Civil Procedure, this schedule shall not be modified unless the Court finds good cause to grant leave for modifications.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 6th day of June 2023.



Stanley A. Bastian
Chief United States District Judge

**PUTATIVE CLASS ACTION SCHEDULING ORDER *3**