THE HONORABLE STANLEY A. BASTIAN

ROBERT D. LEE
ROHAN MOHANTY
COZEN O'CONNOR
999 Third Avenue, Suite 1900
Seattle, WA 98101
(206) 340-1000
RLee@Cozen.com
RMohanty@Cozen.com

Attorneys for Avenue5 Residential LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

AT SPOKANE

| | |
|---|---|
| JENNIFER SCHULTZ, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AVENUE5 RESIDENTIAL LLC, a foreign limited liability company,<br><br>Defendant. | Case No. 2:23-CV-00088<br><br>**DEFENDANT AVENUE5 RESIDENTIAL LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

DEFENDANT AVENUE5 RESIDENTIAL LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT
[NO. 2:23-CV-00088]

68546787\1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

COMES NOW Defendant Avenue5 Residential LLC ("Avenue5" or "Answering Defendant"), by and through its counsel of record, hereby provides the following Answer to Plaintiff's First Amended Complaint for Damages.

## I. COMPLAINT

1.1     By way of answer to Paragraph 1.1, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required. To the extent a response is required, Answering Defendant denies.

## II. JURISDICTION & VENUE

2.1     By way of answer to Paragraph 2.1, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required. To the extent a response is required, Answering Defendant denies.

2.2     By way of answer to paragraph 2.2, Answering Defendant admits.

2.3     By way of answer to paragraph 2.3, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required. To the extent a response is required, Answering Defendant denies.

2.4     By way of answer to paragraph 2.4, Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies the same.

## III. PARTIES

3.1     By way of answer to paragraph 3.1, Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies the same.

DEFENDANT AVENUE5 RESIDENTIAL LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT [NO. 2:23-CV-00088]

68546787\1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

3.2     By way of answer to paragraph 3.2, Answering Defendant admits.

3.3     By way of answer to paragraph 3.3, Answering Defendant admits that it is involved in the multifamily real estate industry.  As to the remaining allegations, to the extent a response is required, Answering Defendant denies.

3.4     By way of answer to paragraph 3.4, Answering Defendant admits that it manages properties in the State of Washington.

3.5     By way of answer to paragraph 3.5, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required.  To the extent a response is required, Answering Defendant denies.

## IV.     FACTS

4.1     By way of answer to paragraph 4.1, Answering Defendant admits.

4.2     By way of answer to paragraph 4.2, Answering Defendant admits.

4.3     By way of answer to paragraph 4.3, Answering Defendant denies that the "lease agreement and addenda" consists of "more than 70 pages of contract terms.

4.4     By way of answer to paragraph 4.4, Answering Defendant admits.

4.5     By way of answer to paragraph 4.5, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required. Moreover, this paragraph references a written document, the terms of which speak for themselves, and thus no response is required. To the extent a response is required, Answering Defendant denies.

DEFENDANT AVENUE5 RESIDENTIAL LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT
[NO. 2:23-CV-00088]

68546787\1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

4.6     By way of answer to paragraph 4.6, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required.  To the extent a response is required, Answering Defendant denies.

4.7     By way of answer to paragraph 4.7, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required.  To the extent a response is required, Answering Defendant denies.

4.8     By way of answer to paragraph 4.8, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required.  To the extent a response is required, Answering Defendant denies.

4.9     By way of answer to paragraph 4.9, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required.  To the extent a response is required, Answering Defendant denies.

4.10    By way of answer to paragraph 4.10, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required. Moreover, this paragraph references a written document, the terms of which speak for themselves, and thus no response is required. To the extent a response is required, Answering Defendant denies.

4.11    By way of answer to paragraph 4.11, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required. Moreover, this paragraph references a written document, the terms of which speak for themselves, and thus no response is required. To the extent a response is required, Answering Defendant denies.

DEFENDANT AVENUE5 RESIDENTIAL LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT
[NO. 2:23-CV-00088]

68546787\1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

4.12  By way of answer to paragraph 4.12, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required. To the extent a response is required, Answering Defendant denies.

4.13  By way of answer to paragraph 4.13, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required. Moreover, this paragraph references a written document, the terms of which speak for themselves, and thus no response is required. To the extent a response is required, Answering Defendant denies.

4.14  By way of answer to paragraph 4.14, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required. Moreover, this paragraph references a written document, the terms of which speak for themselves, and thus no response is required. To the extent a response is required, Answering Defendant denies.

4.15  By way of answer to paragraph 4.15, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required. Moreover, this paragraph references a written document, the terms of which speak for themselves, and thus no response is required. To the extent a response is required, Answering Defendant denies.

4.16  By way of answer to paragraph 4.16, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required. Moreover, this paragraph references a written document, the terms of which speak

DEFENDANT AVENUE5 RESIDENTIAL LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT
[NO. 2:23-CV-00088]

68546787\1

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

for themselves, and thus no response is required. To the extent a response is required, Answering Defendant denies.

4.17  By way of answer to paragraph 4.17, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required. Moreover, this paragraph references a written document, the terms of which speak for themselves, and thus no response is required. To the extent a response is required, Answering Defendant denies.

4.18  By way of answer to paragraph 4.18, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required. To the extent a response is required, Answering Defendant denies.

4.19  By way of answer to paragraph 4.19, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required. Moreover, this paragraph references a written document, the terms of which speak for themselves, and thus no response is required. To the extent a response is required, Answering Defendant denies.

4.20  By way of answer to paragraph 4.20, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required. Moreover, this paragraph references a written document, the terms of which speak for themselves, and thus no response is required. To the extent a response is required, Answering Defendant denies.

DEFENDANT AVENUE5 RESIDENTIAL LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT
[NO. 2:23-CV-00088]
68546787\1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

4.21    By way of answer to paragraph 4.21, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required.  To the extent a response is required, Answering Defendant denies.

4.22    By way of answer to paragraph 4.22, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required.  To the extent a response is required, Answering Defendant denies.

4.23    By way of answer to paragraph 4.23, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required. Moreover, this paragraph references a written document, the terms of which speak for themselves, and thus no response is required. To the extent a response is required, Answering Defendant denies.

4.24    By way of answer to paragraph 4.24, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required. Moreover, this paragraph references a written document, the terms of which speak for themselves, and thus no response is required. To the extent a response is required, Answering Defendant denies.

4.25    By way of answer to paragraph 4.25, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required.  To the extent a response is required, Answering Defendant denies.

4.26    By way of answer to paragraph 4.26, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required. Moreover, this paragraph references a written document, the terms of which speak

DEFENDANT AVENUE5 RESIDENTIAL LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT
[NO. 2:23-CV-00088]

68546787\1

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

for themselves, and thus no response is required. To the extent a response is required, Answering Defendant denies.

4.27 By way of answer to paragraph 4.27, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required. Moreover, this paragraph references a written document, the terms of which speak for themselves, and thus no response is required. To the extent a response is required, Answering Defendant denies.

4.28 By way of answer to paragraph 4.28, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required. To the extent a response is required, Answering Defendant denies.

4.29 By way of answer to paragraph 4.29, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required. To the extent a response is required, Answering Defendant denies.

## V. VIOLATIONS OF WASHINGTON'S RESIDENTIAL LANDLORD-TENANT ACT (RLTA), RCW 59.18, *ET SEQ.*

5.1 By way of answer to paragraph 5.1, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required. To the extent a response is required, Answering Defendant denies.

5.2 (a-g) By way of answer to paragraph 5.2 and subparagraphs 5.2(a-g), Answering Defendant asserts that these paragraphs call for legal conclusions to which no response is required. To the extent a response is required, Answering Defendant denies.

DEFENDANT AVENUE5 RESIDENTIAL LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT
[NO. 2:23-CV-00088]
68546787\1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

5.3     By way of answer to paragraph 5.3, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required.  To the extent a response is required, Answering Defendant denies.

5.4     By way of answer to paragraph 5.4, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required.  To the extent a response is required, Answering Defendant denies.

5.5     By way of answer to paragraph 5.5, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required.  To the extent a response is required, Answering Defendant denies.

5.6     By way of answer to paragraph 5.6, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required.  To the extent a response is required, Answering Defendant denies.

5.7     By way of answer to paragraph 5.7, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required.  To the extent a response is required, Answering Defendant denies.

5.8     By way of answer to paragraph 5.8, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required.  To the extent a response is required, Answering Defendant denies.

## VI.     **UNJUST ENRICHMENT**

6.1     By way of answer to paragraph 6.1, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required.  To the extent a response is required, Answering Defendant denies.

DEFENDANT AVENUE5 RESIDENTIAL LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT
[NO. 2:23-CV-00088]
68546787\1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

6.2    By way of answer to paragraph 6.2, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required.  To the extent a response is required, Answering Defendant denies.

6.3    By way of answer to paragraph 6.3, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required.  To the extent a response is required, Answering Defendant denies.

6.4    By way of answer to paragraph 6.4, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required.  To the extent a response is required, Answering Defendant denies.

6.5    By way of answer to paragraph 6.5, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required.  To the extent a response is required, Answering Defendant denies.

6.6    By way of answer to paragraph 6.6, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required.  To the extent a response is required, Answering Defendant denies.

6.7    By way of answer to paragraph 6.7, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required.  To the extent a response is required, Answering Defendant denies.

## VII.    VIOLATIONS OF WASHINGTON'S CONSUMER PROTECTION ACT, RCW 19.86, *ET. SEQ.*

7.1    By way of answer to paragraph 7.1, Answering Defendant asserts that this paragraph does not contain allegations directed at Answering Defendant.  To the extent a response is required, Answering Defendant denies.

DEFENDANT AVENUE5 RESIDENTIAL LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT
[NO. 2:23-CV-00088]
68546787\1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

Case 2:23-cv-00088-SAB    ECF No. 22    filed 02/16/24    PageID.171    Page 11 of 20

7.2     By way of answer to paragraph 7.2, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required.  To the extent a response is required, Answering Defendant denies.

7.3     By way of answer to paragraph 7.3, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required.  To the extent a response is required, Answering Defendant denies.

7.4     By way of answer to paragraph 7.4, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required.  To the extent a response is required, Answering Defendant denies.

7.5     By way of answer to paragraph 7.5, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required.  To the extent a response is required, Answering Defendant denies.

7.6     By way of answer to paragraph 7.6, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required.  To the extent a response is required, Answering Defendant denies.

7.7     By way of answer to paragraph 7.7, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required.  To the extent a response is required, Answering Defendant denies.

7.8     By way of answer to paragraph 7.8, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required.  To the extent a response is required, Answering Defendant denies.

DEFENDANT AVENUE5 RESIDENTIAL LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT
[NO. 2:23-CV-00088]
68546787\1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

7.9  By way of answer to paragraph 7.9, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required. To the extent a response is required, Answering Defendant denies.

7.10  By way of answer to paragraph 7.10, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required. To the extent a response is required, Answering Defendant denies.

7.11  By way of answer to paragraph 7.11, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required. To the extent a response is required, Answering Defendant denies.

7.12  By way of answer to paragraph 7.12, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required. To the extent a response is required, Answering Defendant denies.

7.13  By way of answer to paragraph 7.13, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required. To the extent a response is required, Answering Defendant denies.

7.14  By way of answer to paragraph 7.14, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required. To the extent a response is required, Answering Defendant denies.

7.15  By way of answer to paragraph 7.15, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required. To the extent a response is required, Answering Defendant denies.

DEFENDANT AVENUE5 RESIDENTIAL LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT
[NO. 2:23-CV-00088]

68546787\1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

## VIII. CLASS ALLEGATIONS

8.1 By way of answer to paragraph 8.1, Answering Defendant denies that there consists a class as described in FRCP 23.

8.2 By way of answer to paragraph 8.2, Answering Defendant denies that there consists a class as described in FRCP 23.

8.3 By way of answer to paragraph 8.3, Answering Defendant denies that there consists a class as described in FRCP 23.

8.4 By way of answer to paragraph 8.4, Answering Defendant denies that there consists a class as described in FRCP 23.

8.5 By way of answer to paragraph 8.5, Answering Defendant denies that there consists a class as described in FRCP 23.

SUBCLASS A:

8.5.1 By way of answer to paragraph 8.5.1, Answering Defendant denies that there consists a class as described in FRCP 23.

8.6 By way of answer to paragraph 8.6, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required. To the extent a response is required, Answering Defendant denies.

8.7 By way of answer to paragraph 8.7, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required. To the extent a response is required, Answering Defendant denies.

DEFENDANT AVENUE5 RESIDENTIAL LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT
[NO. 2:23-CV-00088]

68546787\1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

8.8   By way of answer to paragraph 8.8, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required. To the extent a response is required, Answering Defendant denies.

8.9   By way of answer to paragraph 8.9, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required. To the extent a response is required, Answering Defendant denies.

8.10   By way of answer to paragraph 8.10, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required. To the extent a response is required, Answering Defendant denies.

8.11   By way of answer to paragraph 8.11, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required. To the extent a response is required, Answering Defendant denies.

8.12   By way of answer to paragraph 8.12, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required. To the extent a response is required, Answering Defendant denies.

8.13   By way of answer to paragraph 8.13, Answering Defendant asserts that this paragraph calls for legal conclusions to which no response is required. To the extent a response is required, Answering Defendant denies.

## IX.   DEMAND

9.1   By way of answer to paragraph 9.1, Answering Defendant denies.

9.2   By way of answer to paragraph 9.2, Answering Defendant denies.

9.3   By way of answer to paragraph 9.3, Answering Defendant denies.

DEFENDANT AVENUE5 RESIDENTIAL LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT
[NO. 2:23-CV-00088]
68546787\1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

9.4    By way of answer to paragraph 9.4, Answering Defendant denies.

9.5    By way of answer to paragraph 9.5, Answering Defendant denies.

9.6    By way of answer to paragraph 9.6, Answering Defendant denies.

9.7    By way of answer to paragraph 9.7, Answering Defendant denies.

9.8    By way of answer to paragraph 9.8, Answering Defendant denies.

9.9    By way of answer to paragraph 9.9, Answering Defendant denies.

## X.    AFFIRMATIVE DEFENSES

Answering Defendant, having not had the opportunity to complete discovery, raises the following affirmative defenses:

10.1    Plaintiff affirmatively waived her right to join or file a class action lawsuit. Dismissal is required.

10.2    All prospective members of the class affirmatively waived their right to join a class action lawsuit, therefore no class exists. Dismissal is required.

10.3    Plaintiff's claims are barred in whole or part as a result of compromise, agreement, settlement, and/or account stated.

10.4    Plaintiff, by her conduct, acts, and/or omissions, has ratified conduct, acts, and/or omissions of Answering Defendant, which bar or reduce alleged relief from Answering Defendant.

10.5    Some, or all, of Plaintiff's claims are false and/or frivolous in violation of Washington law, including, but not limited to, RCW 4.84.185, thereby subjecting Plaintiff and/or Plaintiff's agents to liability for actual and reasonable attorneys' fees, costs, and expenses.

DEFENDANT AVENUE5 RESIDENTIAL LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT
[NO. 2:23-CV-00088]

68546787\1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

10.6 Any alleged violation, of any statute or otherwise, was technical, non-material and/or *de minimis* in nature and therefore does not support a finding of liability or an award of damages or attorneys' fees.

10.7 Answering Defendant acted in good faith at all time and in reliance on federal, state, and local statutes, regulations, and/or rules.

10.8 Plaintiff's claims are barred, in whole or in part, to the extent there has been a failure to comply with pertinent duties and obligations, including but not limited to the failure to comply with conditions and requirements contained in pertinent agreements or contracts, common law, statutory, or otherwise.

10.9 Plaintiff's claims may be barred by the doctrine of accord and satisfaction.

10.10 Plaintiff's claims for exemplary or double damages and/or attorneys' fees are barred because, among other things, Plaintiff's action is not subject to or fails to meet the requirements of RCW 59.18 *et seq.* or pertinent authority.

10.11 Plaintiff's claims for exemplary or double damages and/or attorneys' fees are barred because, among other things, Plaintiff's action is not subject to or fails to meet the requirements of RCW 19.86 *et seq.* or pertinent authority.

10.12 Plaintiff's claims are barred because Answering Defendant fully performed all contractual duties as agreed upon.  Further, to the extent that Plaintiff has voluntarily assumed payment or obligation, Answering Defendant has no obligation to Plaintiff.

DEFENDANT AVENUE5 RESIDENTIAL LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT
[NO. 2:23-CV-00088]
68546787\1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

10.13 Plaintiff has failed to allege that a class exists sufficient to trigger FRCP 23, Washington CR 23, or other similar rule.

10.14 Plaintiff failed to timely or correctly elect her remedies, thus barring or limiting Plaintiff's right to recover from Answering Defendant.

10.15 Plaintiff's claims are barred in whole or part because she has been paid in full and/or pursuant to pertinent agreements.

10.16 Plaintiff's claims are barred in whole or part because she has entered into or agreed to release said claims.

10.17 Plaintiff has failed to mitigate some or all of their losses and accordingly should be estopped from recovering those losses, which could or should have been mitigated.

10.18 In the event the Plaintiff is entitled to any judgment against Answering Defendant (which is specifically denied), Answering Defendant prays that said judgment be apportioned amongst all tortfeasors, the true identity of said tortfeasors not being fully known at this time.

10.19 Any damage, injury, or loss sustained by Plaintiff as alleged in the First Amended Complaint is the result of Plaintiff's own negligence, acts, omissions, breaches of contract or other duties of Plaintiff, which must bar and/or mitigate Plaintiff's right to recover herein.

10.20 Answering Defendant is entitled to an offset and/or setoff from any award to Plaintiff herein and/or recovery of money previously paid and/or to be paid to Plaintiff.

DEFENDANT AVENUE5 RESIDENTIAL LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT
[NO. 2:23-CV-00088]

68546787\1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

10.21 Plaintiff's claims are barred by the doctrines of disclaimer, estoppel, and/or unclean hands.

10.22 Plaintiff's claims are barred by expiration of any or all applicable statutes of limitations, statutes of repose, and or laches.

## XI.     DEFENDANT'S PRAYER FOR RELIEF

WHEREFORE, Answering Defendant, Avenue5 Residential LLC, prays for the following relief:

1.     Plaintiff's First Amended Complaint be dismissed with prejudice and without costs to Answering Defendant;

2.     Answering Defendant be awarded judgment against Plaintiff for its defense costs, disbursements and expenses, including reasonable attorneys' fees, incurred in this action;

3.     In the event that the Plaintiff is entitled to take any judgment against Answering Defendant, the amount of said judgment be diminished in accord with the affirmative defenses plead herein; and

4.     For such other relief as the Court may deem just and equitable.

//

//

//

//

//

//

DEFENDANT AVENUE5 RESIDENTIAL LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT
[NO. 2:23-CV-00088]

68546787\1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

1 | DATED this day February 16, 2024

2 | **COZEN O'CONNOR**

*/s/ Robert D. Lee*
Robert D. Lee, WSBA #46682
Rohan Mohanty (*pro hac*)
999 Third Avenue, Suite 1900
Seattle, WA 98104
rlee@cozen.com
rmohanty@cozen.com
*Attorneys for Defendant Avenue5 Residential LLC*

DEFENDANT AVENUE5 RESIDENTIAL LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT
[NO. 2:23-CV-00088]

68546787\1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

# CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the counsel of record as follows:

Shayne Sutherland, WSBA #44593    *Via CM/ECF System*
ssutherland@cameronsutherland.com
*Attorneys for Plaintiff*

J Scott Miller, WSBA #14620
jscottmiller@jscottmiller.com
*Attorneys for Plaintiff*

DATED: February 16, 2024.

*/s/ Rohan Mohanty*
Rohan Mohanty, Esq.
rmohanty@cozen.com

DEFENDANT AVENUE5 RESIDENTIAL LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT
[NO. 2:23-CV-00088]

68546787\1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000