1                                      HONORABLE STANLEY A. BASTIAN

2  Shayne J. Sutherland, WSBA #44593
   CAMERON SUTHERLAND, PLLC
3  905 W. Riverside Ave., Ste. 404
   Spokane, WA 99201
4  Phone: 509-315-4507
   Email: ssutherland@cameronsutherland.com
5  *Attorney for Plaintiff*

6  Christopher M. Hogue, WSBA #48041
   HOGUE LAW FIRM
7  905 W. Riverside Ave., Ste. 402
   Spokane, 99201
8  Phone: 509-934-1998
   Email: chris@spokaneadvocate.com
9  *Attorney for Plaintiff*

10              IN THE UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF WASHINGTON
11

12  JENNIFER SCHULTZ, an individual,      )
    on behalf of herself and all others   )  Case No.: 2:23-cv-00088-SAB
    similarly situated,                   )
13                                         )  **PROPOSED ORDER GRANTING
                 Plaintiff,                )  PLAINTIFF'S MOTION FOR
                                           )  CLASS CERTIFICATION**
14      vs.                                )
                                           )  02/28/2025
15  AVENUE5 RESIDENTIAL, LLC, a            )  Without Oral Argument
    foreign limited liability company,    )
16                                         )
                 Defendant.                )
17                                         )
                                           )
18  ─────────────────────────────────────)

    Plaintiff Jennifer Schultz filed a Motion for Class Certification ("Motion")
19
    which was considered by this Court without oral argument. This Court, having
20
    reviewed Plaintiff's Motion, Defendant's Response, Plaintiff's Reply, the
21  PROPOSED ORDER GRANTING PLAINTIFF'S
    MOTION FOR CLASS CERTIFICATION - 1

documents filed in support of those pleadings, and the pleadings on file, hereby

GRANTS the Plaintiff's Motion for Class Certification and ORDERS as follows:

**A.    The Certified Class:**

Pursuant to Rule 23(a) and (b)(3), the Court certifies the following Class and

Subclass:

**FOR ALL CLASS MEMBERS:**

1)    All persons;
2)    Who rented any property in Washington State;
3)    Where Avenue was the "landlord" of the rental property, as defined by RCW 59.18.030(16),
4)    Who signed any lease agreement;
5)    Where the lease agreement contained provisions prohibited by the RLTA.

**SUBCLASS A:**

1)    Those individuals that meet the requirements for all class members above; and

2)    Who were required to pay any amounts for late fees imposed before five days had passed since the rent was due, for pest control charges (excluding those in a single-family dwelling), for a service fee imposed for notice served under RCW 59.12, *et seq.*, or RCW 59.18, *et seq.*, and/or for attorney's fees and costs that were not allowed under the RLTA.

The class is certified for the period of time of January 3, 2019, to the date of this Order for the Class's Consumer Protection Act, RCW 19.86, *et seq.*, and from January 3, 2020, to the date of this Order, for the Class's Residential Landlord Tenant Act, RCW 59.18, *et seq.*, and unjust enrichment claims.

PROPOSED ORDER GRANTING PLAINTIFF'S
MOTION FOR CLASS CERTIFICATION - 2

1    The Class does not include any persons who timely and validly request

2    exclusion from the Class, nor Defendant, nor any person or entity that has a

3    controlling interest in Defendant, Defendant's current or former directors and

4    officers, as well as the parties' counsel and their immediate families, and this Court.

5    **B.    Additional Findings:**

6    In connection with granting certification, the Court makes the following findings:

7    1.    The Class satisfies FRCP 23(a)(1) because the Class of several

8    thousand tenants and former tenants of Defendant is so numerous that joinder of all

9    members is impracticable;

10    2.    The Class satisfies FRCP 23(a)(2) because there are questions of law

11    or fact common to the Class, including but not limited to, Defendant's alleged action

12    of including multiple illegal provisions in its leases, and further, assessing various

13    fees upon its tenants and former tenants pursuant to those provisions;

14    3.    The Class satisfies FRCP 23(a)(3) because the claims of the Class

15    Representative Plaintiff, Jennifer Schultz, are typical of the claims of the other Class

16    Members;

17    4.    The Class satisfies FRCP 23(a)(4) and (g) because the Court finds that

18    Ms. Schultz is capable of fairly and adequately protecting the interests of the above-

19    described Class and will continue to vigorously pursue this litigation and the rights

20    of the class, and because her counsel, Shayne J. Sutherland of Cameron Sutherland,

21    PROPOSED ORDER GRANTING PLAINTIFF'S
MOTION FOR CLASS CERTIFICATION - 3

1    PLLC, and Christopher Hogue of Hogue Law Firm ("Class Counsel") representing

2    the Class are qualified, competent, and capable of prosecuting this action on behalf

3    of the Class.

4         5.    The Class satisfies the requirements of FRCP 23(b)(3) because the

5    common questions of law and fact predominate over any questions that may affect

6    individual Class Members and also because a class action is a superior litigation

7    method to other available methods to fairly and efficiently resolve the small dollar

8    claims of the Class which contains thousands of Members.

9         6.    *Plaintiff*. The Court hereby appoints Plaintiff Jennifer Schultz as the

10   Class Representative Plaintiff and finds that Ms. Schultz has and will continue to

11   fairly and adequately protect the interests of the Class.

12        7.    *Class Counsel*. The Court appoints Shayne J. Sutherland of Cameron

13   Sutherland, PLLC and Christopher Hogue of Hogue Law Firm as counsel for the

14   Class ("Class Counsel"). The Court finds that Class Counsel are qualified,

15   competent, and capable of exercising their responsibilities as Class Counsel.

16        IT IS SO ORDERED. The Clerk's Office is directed to enter this Order and

17   provide copies to all counsel.

18   //

19   //

20

21   PROPOSED ORDER GRANTING PLAINTIFF'S
     MOTION FOR CLASS CERTIFICATION - 4

1   ENTERED this _____ day of _____ 2025.

2

3

                                      _____

4                                         CHIEF JUDGE STANLEY BASTIAN
                                        United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21   PROPOSED ORDER GRANTING PLAINTIFF'S
    MOTION FOR CLASS CERTIFICATION - 5