# EXHIBIT B

7/14/2021

**Jennifer Schultz
And all other occupants of:
16801 E. Mission Parkway R-302
Spokane Valley, WA 99216**

**Re:    Eviction Resolution Program
        Non-Payment Letter**

Dear Resident(s): Jennifer Schultz

This correspondence is accompanying Notice #1 in accordance with the Eviction Resolution Program.

We did not receive your rent payment(s) that became due for the month(s) of March 2021, April 2021, May 2021, June 2021, July 2021. The break down for each month is as follows:

| Month  | Amount    |
|--------|-----------|
| 3.2021 | $1473.82  |
| 4.2021 | $1546.35  |
| 5.2021 | $1481.00  |
| 6.2021 | $1479.97  |
| 7.2021 | $1477.36  |

TOTAL: $7458.50

According to your ledger, your balance owing for rent is $7458.50

Sincerely,

RIVER HOUSE AT THE TRAILHEAD
Jodi Miller
509-838-7888
Pm.riverhouse@avenue5apt.com

# THIS IS NOT AN EVICTION NOTICE

JS000145