# EXHIBIT D

```
 1        Q.   I'm not asking about the contents of the        11:12
 2   agreement.  I'm just --
 3        A.   Okay.                                            11:13
 4        Q.   -- asking you whether in fact there is an       11:13
 5   agreement between yourself and Enjoy the River
 6   regarding --
 7        A.   There is an agreement.                           11:13
 8        Q.   -- this lawsuit?                                 11:13
 9             Okay.  Thank you.                                11:13
10        A.   No, regarding this lawsuit or regarding --      11:13
11   see, again, I can't answer that question.
12        Q.   Okay.  Let's break it down.  I think I get     11:13
13   where you're coming from.
14        A.   Okay.                                            11:13
15        Q.   Is there an agreement between you and          11:13
16   Enjoy the River about any unpaid debts that they believe
17   you owe them?
18        A.   Again, I'm not sure how to answer that         11:13
19   question.  There is an agreement between me and
20   Enjoy the River.
21        Q.   Okay.  At any point after you moved out of the 11:13
22   River House Apartments, did Enjoy the River pursue a
23   claim against you for any unpaid rent?
24        A.   No.                                              11:14
25        Q.   While you lived at the River House Apartments, 11:14
```

Page 79

```
 1   were you current on all of your utilities?
 2       A.   That's a difficult question to answer because          11:14
 3   part of my utilities were included in my rent.  If you
 4   mean utilities aside from my rent, I have no idea, but I
 5   don't -- I know I don't owe them right now.  So I
 6   imagine that they were brought up to current if they
 7   ever fell behind.  I do not know.  But I know that I
 8   don't owe them now.
 9       Q.   Okay.  When you say you don't owe them now, do         11:14
10   you mean that you paid them, and that's why you no
11   longer owe them?
12       A.   Right.  I don't have a negative balance with           11:14
13   Avista, is what I'm saying.  I don't have a negative
14   balance for any utility in the city.
15       Q.   Okay.  And is that -- the same true for any of         11:14
16   the utilities that you are being charged through your
17   rent?
18       A.   No, because that rent was paid in full.  So            11:15
19   obviously those utilities are paid in full as well,
20   because they make those utilities rent; right.
21       Q.   While you were a resident at the River House           11:15
22   Apartments, did you ever receive any addenda or
23   modifications to your lease?
24       A.   I have no idea.  I don't recall.                       11:16
25       Q.   Did you ever pay rent to Avenue5 for your              11:16
```

Page 80