THE HONORABLE STANLEY A. BASTIAN

ROBERT D. LEE, WSBA #46682
ROHAN MOHANTY (*Pro Hac Vice*)
COZEN O'CONNOR
999 Third Avenue, Suite 1900
Seattle, WA 98101
(206) 340-1000
RLee@Cozen.com
RMohanty@Cozen.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JENNIFER SCHULTZ, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AVENUE5 RESIDENTIAL LLC, a foreign limited liability company,<br><br>Defendant. | Case No. 2:23-CV-00088<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>**No Oral Argument Requested** |

[PROPOSED ORDER] DENYING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION
[NO. 2:23-CV-00088]

LEGAL\75468103\1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

THIS MATTER having come before this Court upon the Motion for Class Certification of Plaintiff Jennifer Schultz and Defendant Avenue5 Residential LLC's Response in Opposition thereto, and the Court having considered the arguments and the relevant pleadings filed with this Court, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Class Certification is **DENIED** in its entirety.

IT IS SO ORDERED. The Clerk's Office is directed to enter this Order and provide copies to all counsel.

ENTERED this \_\_\_\_ day of _____, 2025.

_____
CHIEF JUDGE STANLEY BASTIAN
United States District Judge

[PROPOSED ORDER] ORDER DENYING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION - 1
[NO. 2:23-CV-00088]

LEGAL\75468103\1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000