THE HONORABLE STANLEY A. BASTIAN

ROBERT D. LEE, WSBA #46682
ROHAN MOHANTY (*Pro Hac Vice*)
COZEN O'CONNOR
999 Third Avenue, Suite 1900
Seattle, WA 98101
(206) 340-1000
RLee@Cozen.com
RMohanty@Cozen.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JENNIFER SCHULTZ, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AVENUE5 RESIDENTIAL LLC, a foreign limited liability company,<br><br>Defendant. | Case No. 2:23-CV-00088<br><br>**DEFENDANT'S REPLY IN OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>**Without Oral Argument** |

DEFENDANT'S REPLY IN OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION
[NO. 2:23-CV-00088]

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

Defendant, Avenue5 Residential LLC ("Avenue5") hereby files this reply to correct the record regarding Plaintiff, Jennifer Schultz's "zero-rent balance" assertion referenced in Plaintiff's Surreply (ECF 64).

## I.  INTRODUCTION

In her Surreply, Plaintiff claims that she received no compensation in connection with her settlement agreement with dismissed codefendant Enjoy! The River ("ETR"). *See* (ECF 64 at p.8 n. 1). She primarily relies on a tenant ledger showing a zero balance, *see* (ECF 55-1), to argue that she did not owe any past-due rent, and therefore received no compensation as part of that settlement. *Id.* This assertion is both misleading and contradicted by the record.

## II.  ARGUMENT

Plaintiff argues that a zero balance on her tenant ledger as of March 3, 2023, proves she owed no past-due rent and did not receive any compensation in her settlement with ETR. That is incorrect, and **Plaintiff is fully aware that she did not pay the rent owed**. *See* Transcript of Deposition of Jennifer Schultz at 75:7-75:21 attached hereto as Exhibit A. Even aside from the obvious, as made clear in the Declaration of Joleene Larson, attached hereto as Exhibit B, **the zero balance merely reflects an administrative write-off, not the absence of a debt**.

DEFENDANT'S REPLY IN OPPOSITION OF PLAINTIFF'S
MOTION FOR CLASS CERTIFICATION  - 1
[NO. 2:23-CV-00088]

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

The settlement agreement between Plaintiff and ETR explicitly states that Plaintiff owed "**past due rent and other rental obligations stemming from her tenancy at the River House**." (ECF 56 at p.3).  In exchange for Plaintiff's release of ETR from this lawsuit, ETR agreed not to pursue that past-due balance.  *Id.*  That constitutes valuable consideration and wholly undermines Plaintiff's claim that she received no benefit from the agreement.

Plaintiff's attempt to minimize the significance of her agreement with ETR is a transparent effort to avoid the legal consequences of having released claims in exchange for valuable consideration.  Her assertion that no compensation was involved is factually and legally incorrect.  A bargained-for relinquishment of a debt – whether collected or not – is compensation.

### III.   CONCLUSION

For the foregoing reasons, and those stated in Avenue5's Opposition to Plaintiff's Motion for Class Certification, Avenue5 respectfully requests that the Court deny class certification.

DEFENDANT'S REPLY IN OPPOSITION OF PLAINTIFF'S
MOTION FOR CLASS CERTIFICATION  - 2
[NO. 2:23-CV-00088]

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

1  DATED this 13th day of May, 2025.

2                                          COZEN O'CONNOR

5        /s/ Robert D. Lee
         Robert D. Lee, WSBA #46682
6        Rohan Mohanty (*pro hac*)
         999 Third Avenue, Suite 1900
7        Seattle, WA 98104

8        *Attorneys for Defendant*

DEFENDANT'S REPLY IN OPPOSITION OF PLAINTIFF'S
MOTION FOR CLASS CERTIFICATION - 3
[NO. 2:23-CV-00088]

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

# CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the counsel of record as follows:

| | |
|---|---|
| Shayne Sutherland, WSBA #44593<br>ssutherland@cameronsutherland.com<br>*Attorneys for Plaintiff* | *Via CM/ECF System* |
| Christopher M. Hogue, WSBA #48041<br>*Attorneys for Plaintiff* | *Via CM/ECF System* |

DATED: May 13, 2025

*/s/ Anissa Cabe*
Anissa Cabe, Legal Practice Assistant
acabe@cozen.com

DEFENDANT'S REPLY IN OPPOSITION OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION - 4
[NO. 2:23-CV-00088]

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000