THE HONORABLE STANLEY A. BASTIAN

ROBERT D. LEE, WSBA #46682
ROHAN MOHANTY (*Pro Hac Vice*)
COZEN O'CONNOR
999 Third Avenue, Suite 1900
Seattle, WA  98101
(206) 340-1000
RLee@Cozen.com
RMohanty@Cozen.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JENNIFER SCHULTZ, an individual, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AVENUE5 RESIDENTIAL LLC, a foreign limited liability company,<br><br>　　　　Defendant. | Case No. 2:23-CV-00088<br><br>**EXHIBIT A** |

```
 1                UNITED STATES DISTRICT COURT
 2            FOR THE EASTERN DISTRICT OF WASHINGTON
    _____
 3
    JENNIFER SCHULTZ, an              )
 4  individual, on behalf of          )
    herself and all others            )
 5  similarly situated,               )
                                      )
 6                 Plaintiff,         )
                                      )
 7  vs.                               ) No. 2:23-CV-00088
                                      )
 8  AVENUE5 RESIDENTIAL LLC, a        )
    foreign limited liability         )
 9  company,                          )
                                      )
10                 Defendant.         )
    _____
11
12  VIDEO-RECORDED ZOOM DEPOSITION UPON ORAL EXAMINATION OF
13                    JENNIFER J. SCHULTZ
14  _____
15
16                        9:01 A.M.
17                 THURSDAY, JANUARY 16, 2025
18      (ALL PARTICIPANTS AT THEIR RESPECTIVE LOCATIONS)
19           WITNESS LOCATION:  SPOKANE, WASHINGTON
20
21
22
23  Reported by:  Tami Lynn Vondran, CRR, RMR, CCR/CSR
24  WA CCR #2157; OR CSR #20-0477; CA CSR #14435
25  Job Number 7072996
```

Page 1

```
 1   River House, but I don't recall.
 2        Q.   (BY MR. MOHANTY)  What was the $8,000 for?    11:05
 3        A.   Unpaid rent.                                  11:05
 4        Q.   And do you remember what months that unpaid   11:05
 5   rent was for?
 6        A.   I do not recall.                              11:05
 7        Q.   Do you have an estimate of how many months you 11:05
 8   didn't pay rent while living at the River House
 9   Apartments?
10        A.   No.                                           11:06
11        Q.   Is it more than one month?                    11:06
12        A.   Yes.                                          11:06
13        Q.   Okay.                                         11:06
14        A.   No.  I mean, it depends, I guess, how you look 11:06
15   at that.  I mean, they were paid for that time period.
16   They were paid in full for that time period.
17             Do you mean did I fall behind?  Yes, I did.   11:06
18   But they were paid in full for that time period.
19        Q.   So when you refer to "that time period," what 11:06
20   time period are you referring to?
21        A.   The time period of when I lived with -- in    11:06
22   their apartments.
23        Q.   The entire time period that you lived in the  11:06
24   apartments at the River House, you were -- you had never
25   missed a month's rent; is that correct?
```

Page 74

| | | |
|---|---|---|
| 1 | A. That's not what I said. I said that I was | 11:06 |
| 2 | behind, but they were paid in full. | |
| 3 | Q. Okay. When were they paid in full? | 11:06 |
| 4 | A. Throughout my tenancy there. I mean, there | 11:06 |
| 5 | were times that I was behind in my rent, but they were | |
| 6 | paid for those months' rent. | |
| 7 | Q. Okay. So is your testimony that by the time | 11:06 |
| 8 | you moved out, you -- River House had been paid for all | |
| 9 | unpaid rent that you -- | |
| 10 | A. My testimony is that they had been paid for | 11:07 |
| 11 | the unpaid rent amounts that they were due. And if | |
| 12 | they -- the amount that they say was still due to them, | |
| 13 | I don't believe was due to them. | |
| 14 | Q. Why not? | 11:07 |
| 15 | A. Because they did not provide -- my apartment | 11:07 |
| 16 | was not in the condition that they initially stated that | |
| 17 | it was. They caused significant damage throughout my | |
| 18 | apartment. There was multiple reasons why not, and we | |
| 19 | came to an agreement regarding that. | |
| 20 | Q. When did you come to that agreement? | 11:07 |
| 21 | A. I want to say about a year ago. | 11:07 |
| 22 | Q. Okay. And when you say "we," who exactly are | 11:07 |
| 23 | you referring to? | |
| 24 | A. The -- that's a good question. I don't | 11:07 |
| 25 | remember the exact name on the -- on the agreement form. | |