THE HONORABLE STANLEY A. BASTIAN

ROBERT D. LEE, WSBA #46682
ROHAN MOHANTY (*Pro Hac Vice*)
COZEN O'CONNOR
999 Third Avenue, Suite 1900
Seattle, WA  98101
(206) 340-1000
RLee@Cozen.com
RMohanty@Cozen.com
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JENNIFER SCHULTZ, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AVENUE5 RESIDENTIAL LLC, a foreign limited liability company,<br><br>Defendant. | Case No. 2:23-CV-00088<br><br>**EXHIBIT B** |

THE HONORABLE STANLEY A. BASTIAN

ROBERT D. LEE, WSBA #46682
ROHAN MOHANTY (*Pro Hac Vice*)
COZEN O'CONNOR
999 Third Avenue, Suite 1900
Seattle, WA 98101
(206) 340-1000
RLee@Cozen.com
RMohanty@Cozen.com
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF WASHINGTON

JENNIFER SCHULTZ, an individual, on
behalf of herself and all others similarly
situated,

Plaintiff,

v.

AVENUE5 RESIDENTIAL LLC, a
foreign limited liability company,

Defendant.

Case No. 2:23-CV-00088

**DECLARATION OF JOLEENE LARSON**

DECLARATION OF JOLEENE LARSON IN SUPPORT OF
AVENUE5'S OPPOSITION TO MOTION FOR CLASS
CERTIFICATION
[NO. 2:23-CV-00088]

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

I, Joleene Larson, declare under penalty of perjury under the laws of the United States that the following is true and correct:

1.    I am of legal age, and I am competent to testify to the matters herein.

2.    I am a Senior Vice President of Operations for Defendant Avenue5 Residential LLC ("Avenue5"). In connection with my employment, I have personal knowledge of Avenue5's billing, collections, and write-off policies and procedures.

3.    I make this declaration to clarify the meaning of a zero balance reflected on the Plaintiff's tenant ledger (ECF 55-1).

4.    While the ledger reflects a balance of $0.00, this does not indicate that the tenant did not owe any money.

5.    Instead, the balance was reduced to $0.00 through a bookkeeping entry known as a "write-off". This entry is a standard accounting procedure used by Avenue5 when a past-due balance is no longer actively collected.

6.    Avenue5 writes off charges before a balance is referred to collections or otherwise administratively closed.

7.    A write-off is not a waiver, forgiveness, or satisfaction of debt.

8.    Rather, write-offs are made for internal accounting purposes only and do not reflect that a tenant paid or satisfied outstanding amounts.

DECLARATION OF JOLEENE LARSON IN SUPPORT OF
AVENUE5'S OPPOSITION TO MOTION FOR CLASS
CERTIFICATION - 1
[NO. 2:23-CV-00088]

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

9. Accordingly, Plaintiff's tenant ledger showing a $0.00 balance is not evidence that no amount was owed; rather, it reflects the balance was administratively written off.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 8th day of May, 2025.

Joleene Larson
Senior Vice President of Operations
Avenue5 Residential LLC

DECLARATION OF JOLEENE LARSON IN SUPPORT OF
AVENUE5'S OPPOSITION TO MOTION FOR CLASS
CERTIFICATION - 2
[NO. 2:23-CV-00088]

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

# CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the counsel of record as follows:

Shayne Sutherland, WSBA #44593          *Via CM/ECF System*
ssutherland@cameronsutherland.com
*Attorneys for Plaintiff*

Christopher M. Hogue, WSBA #48041          *Via CM/ECF System*
*Attorneys for Plaintiff*


DATED: May 9, 2025


/s/ Anissa Cabe
Anissa Cabe, Legal Practice Assistant
acabe@cozen.com

DECLARATION OF JOLEENE LARSON IN SUPPORT OF
AVENUE5'S OPPOSITION TO MOTION FOR CLASS
CERTIFICATION - 3
[NO. 2:23-CV-00088]

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000